Brent R. Baker (10411)
Aaron D. Lebenta (10180)
Jonathan D. Bletzacker (12034)
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
bbaker@parsonsbehle.com
alebenta@parsonsbehle.com
jbletzacker@parsonsbehle.com
ecf@parsonsbehle.com

Maranda E. Fritz (*Admitted Pro Hac Vice*)
**MARANDA E. FRITZ, P.C.**
335 Madison Avenue, 12th Floor
New York, New York 10017-4611
Telephone: 646.584.8231
Facsimile: 212.344.6101
Email: maranda@fritzpc.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALPINE SECURITIES CORPORATION, a Utah corporation,<br><br>        Plaintiff,<br><br>v.<br><br>FINANCIAL INDUSTRY REGULATORY AUTHORITY,<br>        Defendant. | **ORDER GRANTING STIPULATED MOTION REGARDING CASE SCHEDULING**<br><br>Case No. 2:20-cv-00794-DBB-DBP<br><br>Judge David B. Barlow<br>Magistrate Judge Dustin B. Pead |

Based on the parties' Stipulated Motion Regarding Case Scheduling ("Motion"), and for good cause appearing therefore;

IT IS HEREBY ORDERED that the Motion is GRANTED. The parties' obligation to submit a Rule 26(f) scheduling plan is continued until after the Court rules on Defendant's pending motion to dismiss (Doc. No. 27). If the Court denies that motion to dismiss, then the parties shall meet and confer and provide the Court with a Rule 26(f) scheduling plan within 14 days of the Court's entry of such order.

DATED this 4 February 2021.

_____
Dustin B. Pead
United States Magistrate Judge

Approved as to form by:

*/s/ Clint R. Hansen (with permission)*
Clint R. Hansen
Kevin N. Anderson
FABIAN VANCOTT

Gregory A. Davis
SQUIRE PATTON BOGGS (US) LLP
    *Attorneys for Defendant*