Brent R. Baker (10411)
Aaron D. Lebenta (10180)
Jonathan D. Bletzacker (12034)
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
bbaker@parsonsbehle.com
alebenta@parsonsbehle.com
jbletzacker@parsonsbehle.com
ecf@parsonsbehle.com

Maranda E. Fritz (*Pro Hac Vice*)
**MARANDA E. FRITZ, P.C.**
335 Madison Avenue, 12th Floor
New York, New York 10017-4611
Telephone: 646.584.8231
Facsimile: 212.344.6101
Email: maranda@fritzpc.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALPINE SECURITIES CORPORATION, a Utah corporation,<br><br>     Plaintiff,<br><br> v.<br><br>FINANCIAL INDUSTRY REGULATORY AUTHORITY,<br><br>     Defendant. | **PLAINTIFF'S EX PARTE MOTION FOR EXPEDITED BRIEFING, HEARING, AND CONSIDERATION OF PLAINTIFF'S RENEWED MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Case No. 2:20-cv-00794-DBB<br><br>Judge David B. Barlow |

Pursuant to D. Utah Local Rules 7-1(a) and (b)(3)(B) respectfully requests that the Court order expedited briefing and an expedited hearing, and set a schedule therefore, on Alpine's Renewed Motion for Preliminary Injunction, filed August 16, 2021, in order to allow the Court time to hear and rule on Plaintiff's Renewed Motion for a Preliminary Injunction prior to the scheduled start of Alpine's disciplinary hearing before FINRA on September 20, 2021.

Good cause exists to grant this motion because time is of the essence. Plaintiff Alpine Securities Corporation ("Alpine") previous sought to enjoin Defendant Financial Industry Regulatory Association ("FINRA") from conducting an improper remote hearing before FINRA. In response to that Motion, FINRA postponed the hearing without date. Subsequently, FINRA ordered the hearing to begin in September but did not state whether it would be in person or remote. On August 9, 2021, FINRA once again ordered the FINRA hearing to be remote beginning on September 20, 2021, based on an improperly adopted amendment to a rule requiring such hearings to be in person.

Accordingly, expedited consideration of Alpine's Renewed Motion for Preliminary Injunction is necessary in order for Alpine to obtain the benefit of the relief it is seeking and to avoid unnecessary costs and inefficiencies. Such requested relief was previously granted on Alpine first Motion for Preliminary Injunction.

Alpine respectfully requests that the Court order expedited briefing and an expedited hearing, and set a schedule therefore, in order to allow the Court time to hear and rule on Plaintiff's Motion for a Preliminary Injunction prior to the scheduled start of Alpine's disciplinary hearing before FINRA. A proposed Order granting this Motion is filed concurrently herewith, leaving blanks for the Court to insert dates that are convenient for its schedule.

2

DATED this 16th day of August, 2021.

        **PARSONS BEHLE AND LATIMER**

        /s/ *Aaron D. Lebenta*
        Aaron D. Lebenta

        **MARANDA FRITZ, P.C.**

        /s/ *Maranda E. Fritz*
        Maranda E. Fritz

        *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

On this 16th day of August 2021, I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which in turned caused it to be served electronically with all counsel of record.

/s/ Aaron D. Lebenta