THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| ALPINE SECURITES CORPORATION, a Utah Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FINANCIAL INDUSTRY REGULATORY AUTHORITY, a Delaware Corporation,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:20-cv-00794-DBB-DBP<br><br>District Judge David Barlow |

IT IS ORDERED AND ADJUDGED:

Defendant moved for dismissal of the action. By order dated September 7, 2021, the court granted the motion. The action is dismissed with prejudice. Each party shall bear its own costs and attorney fees. The Clerk of Court is directed to close the case.

Signed September 7, 2021.

BY THE COURT

_____
David Barlow
United States District Judge